■ SUFFOLK COUNTY WATER AUTHORITY, Appellant-Respondent, v H.T. SCHNEIDER, INC., Respondent-Appellant. [699 NYS2d 884] —In an action, inter alia, to recover damages for negligence and breach of contract, the plaintiff appeals, as limited by its brief, from stated portions of an order of the Supreme Court, Suffolk County (Doyle, J.), dated September 15, 1997, which, among other things, granted, in part, the defendant's cross motion to dismiss the complaint as time-barred, and denied that branch of its motion which was to

dismiss the defendant's affirmative defense based on the Statute of Limitations, and the defendant cross-appeals, as limited by its brief, from stated portions of the same order, which, *inter alia*, purportedly granted partial summary judgment to the plaintiff on the issue of liability in connection with so much of the cause of action to recover damages based on breach of contract which was not dismissed as time-barred.

Ordered that the order is affirmed insofar as appealed and cross-appealed from, without costs or disbursements.

The Supreme Court correctly resolved the Statute of Limitations issues raised by the parties. We note that, contrary to the parties' contentions, the Supreme Court neither granted partial summary judgment on the issue of liability in favor of the plaintiff on that portion of its cause of action based on contract which was not dismissed as time-barred nor ordered an immediate trial on the issue of damages (*see, Suffolk County Water Auth. v J.D. Posillico, Inc.*, 267 AD2d 301 [decided herewith]). Bracken, J. P., Friedmann, Goldstein and Smith, JJ., concur.